AO 91 (Rev. 11/11)  Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2024 SEP 18  AM 11: 49

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

United States of America )
v. )
)
David Amaya )  Case No. 24MJ1359
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____22 August, 2024____ in the county of ____Dona Ana____ in the

District of ____New Mexico____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S. Code §§ 841 | Possession with intent to distribute a controlled substance (Methamphetamines) |
| 18 U.S. Code §§ 924(c)(1) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:
See Affidavit, which attached and incorporated fully by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James P Scott Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _18 Sep 2024_

_____
*Judge's signature*

City and state: ____Las Cruces NM____  Gregory B Wormuth, Chief U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

1. This affidavit is made in support of a criminal complaint charging David Amaya, with a violation of 21 U.S.C. § 841, possession with intent to distribute a controlled substance (Methamphetamine), and 18 U.S.C. § 924(c)1, possession of a firearm in furtherance of drug a trafficking crime.

2. I am a Federal Bureau of Investigation (FBI) Special Agent currently assigned to the Albuquerque Division, Las Cruces Resident Agency and work closely with Las Cruces/Dona Ana Metro Narcotics Task Force. I have been employed as a Special Agent of the FBI since January 2021. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 and 21 of the United States Code.

3. I am familiar with the facts and circumstances of the investigation of Amaya. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or reliable sources. Because this affidavit is being submitted for the limited purpose of proving probable cause, I have not included details of every aspect of the investigation.

4. On or about August 22, 2024, a New Mexico State search warrant was executed at a residence in Anthony, New Mexico. The search warrant contained a specific tow-behind type trailer that Amaya was known to be living in and conducting narcotics transfers out of. While executing the search warrant, investigating agents realized the trailer itself did

not have a bathroom attached. Immediately beside the trailer out of the only door was another structure with a port-a-potty built into the back of the small structure. It became evident to the investigating agents this structure was used as the bathroom by Amaya while living out of the trailer. The search warrant was amended to include the structure with the bathroom. During the search of the residence, agents located throughout the trailer and the bathroom structure, a large quantity of white crystalline substance suspected to be methamphetamine. Specifically, in the bathroom structure next to the trailer in a clothing hamper, agents found a gallon zip lock bag full of suspected methamphetamine. Also, located during the search warrant, on the bed was a black Ruger .357 caliber Handgun, containing five rounds of .357 caliber ammunition and a black Mossberg 500 E 410 Gauge Shotgun. Co-located with the firearms was approximately 4.42 grams of suspected methamphetamine. Under the bed where the firearms were found was another 26 grams of suspected methamphetamine. Additionally, on the nightstand next to the bed, in close proximity to the firearms, was a total of 8 grams of suspected methamphetamine. Amaya and his girlfriend were found in the trailer during the execution of the search warrant.

5. During a post-*Miranda* interview with Amaya, Amaya stated the methamphetamine was his, and he acquired it over a period of time and did not realize how much it was. Amaya stated he needed the guns for protection, so people would know he has them, making him safer.

6. The total gross weight of the suspected methamphetamine found between the trailer Amaya was sleeping in and the makeshift bathroom was 1,183 grams. The suspected methamphetamine was submitted to the New Mexico Department of Public Safety Forensic Laboratory to be tested.

7. Prior to August 22, 2024, Amaya had been charged of the crimes of Battery Upon a Peace Officer, Possession of a firearm or Destructive Device by a Felon-Attempt, Battery (Household Member), Resisting, Evading, or Obstructing an Officer, Aggravated Assault (Deadly Weapon) in New Mexico State court.

8. Based on my training, experience, speaking with other law enforcement officers, the quantity of methamphetamine found in Amaya's possession on or about August 22, 2024, is consistent with that possessed for the purpose of distribution. I also know that firearms, in particular, are commonly used by drug traffickers to protect themselves and their drugs from rival drug dealers and others who might want to steal the drugs.

9. Based on the foregoing, there is probable cause to believe that on or about August 22, 2024, Amaya committed the following offenses:

   Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); and

   Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1).

10. Assistant United States Attorney Kirk Williams approved the charges filed in this criminal complaint.

DATED: 9/17/24

James P Scott
Special Agent
Federal Bureau of Investigation

Electronically signed and telephonically sworn this ___18th___ day of September 2024.


_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE